# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALESFORCE.COM, INC., | Case No.: CV 13 1845 EDL |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO TAKE MOTION TO TRANSFER OFF CALENDAR |
| MY PILLOW, INC., | |
| Defendant. | |

Having reviewed the stipulated request of the parties to take the hearing on Defendant's motion to transfer or stay (currently scheduled for July 16, 2013) off calendar and good cause appearing therefore, **IT IS HEREBY ORDERED** that the hearing on Defendant's motion to transfer or stay the action will be taken off calendar subject to Defendant's ability to re-notice such motion at a later date.

**IT IS SO ORDERED.**

Dated: June 19, 2013

*Elizabeth D. Laporte*
The Honorable Elizabeth D. Laporte
Chief Magistrate Judge